AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of New York

Asbestos Workers Syracuse
Pension Fund

V.

Delores A. Wells

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 5:04-CV--825

GLS DEP

TO: (Name and address of Defendant)

Delores A. Wells
207 Leavenworth Avenue
Syracuse, New York

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bernard T. King
Blitman & King LLP
443 North Franklin Street
Syracuse, New York 13204-1415

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

(By) DEPUTY CLERK

DATE 7/16/04

**AFFIDAVIT OF SERVICE**
**C.N.Y PROCESS SERVICE, INC.**

**Index No. 5:04-CV-825**
RJI No.
Attorney: Blitman

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

ASBESTOS WORKERS SYRACUSE PENSION FUND,

                                    **Plaintiff (s)**

         -against-
DELORES A. WELLS,

                                    **Defendant (s)**

State of New York, County of Onondaga ss: The undersigned, being duly sworn deposes and states: deponent is not a party herein, is over the age of 18 years and resides at __Liverpool, New York

That on_July 30, 2004 at 10:35 a.m. located at 207 Leavenworth Ave. Syracuse, NY 13204 deponent served the within_Summons and Complaint, General Order #25;Case Management Plan; Case Assignment/Motion Schedules and Filing Location; Consent Form to Proceed before U.S. Magistrate Judge on__DELORES A. WELLS_recipient therein named.

☑ **INDIVIDUAL**   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☑ **MILITARY SRVC**   Deponent asked the person spoken to whether the recipient was presently in the military service of the United States Government of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform

**DESCRIPTION:** Race_White Sex_female Height_5'5"_Weight_190_Age_45-55 Hair_blond Other features:_glasses_____

Sworn to before me this
_4_ day of _August_ 2004
_____
NOTARY PUBLIC

(print name beneath signature)
**JOYCE ABOLD**

CAROL J. MORISON
Notary Public, State of New York
Qualified in Onondaga County
No. 01MO4779925
Commission Expires April 30, 20_07_