UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASBESTOS WORKERS SYRACUSE PENSION FUND, )
by Thomas Davitt, III, and Charlotte Buskey, as Trustees, )

                        Plaintiffs,

-against-

DELORES A. WELLS   )   Civil Action No.
                                                                               04-CV-0825 (GLS/DEP)

                        Defendant.

---

## CERTIFICATE OF SERVICE

I, DANIEL R. BRICE, an attorney at law and an associate with the law firm of Blitman & King LLP, attorneys for the Plaintiff in the above-entitled action, hereby certify that on the 20th day of August, I electronically filed this Certificate of Service with the Clerk of the District Court using the CM/ECF system. I further certify that on July 19, 2004 I served a copy of the Summons and Complaint upon the United States Secretary of Labor and the United States Secretary of the Treasury, by depositing true copies of the same in the United States mail, postpaid, certified, return receipt requested, and addressed to them at their last known addresses, to wit:

        Honorable Elaine L. Chao
        Secretary of Labor
        United States Department of Labor
        Room S-2018
        200 Constitution Avenue, N.W.
        Washington, D.C.  20210

Honorable John Snow
Secretary of the Treasury
United States Treasury Department
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20224

Dated: August 20, 2004                         BLITMAN & KING LLP

                                    By:   s/Daniel R. Brice
                                          Daniel R. Brice, of Counsel
                                          Bar Roll No. 512491
                                          Attorneys for Plaintiff
                                          Office and Post Office Address
                                          443 North Franklin Street, Suite 300
                                          Syracuse, New York 13204-1415
                                          Telephone: (315) 422-7111
                                          Facsimile: (315) 471-2623
                                          E-mail: drbrice@bklawyers.com

(glv\dek\lit\wells\COS1)