UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ASBESTOS WORKERS SYRACUSE PENSION FUND, )
by Thomas Davitt, III, and Charlotte Buskey, as Trustees, )
)   **REQUEST FOR**
)   **ENTRY OF DEFAULT**
                               Plaintiffs, )
    -against- )
)
DELORES A. WELLS )   Civil Action No.
)   04-CV-0825 (GLS/DEP)
                          Defendant. )
)

---

TO THE CERK OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK:

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, you will please enter the default of the Defendant Delores A. Wells, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the attached Affidavit of Daniel R. Brice, Esq., sworn to the 20th day of August, 2004.

Dated: August 20, 2004                      BLITMAN & KING LLP

                                             By:   s/Daniel R. Brice
                                                    Daniel R. Brice, of Counsel
                                                    Bar Roll No. 512491
                                                    Attorneys for Plaintiff
                                                    Office and Post Office Address
                                                    443 North Franklin Street, Suite 300
                                                    Syracuse, New York 13204-1415
                                                    Telephone: (315) 422-7111
                                                    Facsimile: (315) 471-2623
                                                    E-mail: drbrice@bklawyers.com

To:   Delores A. Wells
       207 Leavenworth Avenue
       Syracuse, New York

(glv\dek\lit\wells\Request for Default)