# Blitman & King LLP

Syracuse
Rochester
Albany

Attorneys and Counselors at Law

Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415

Phone: 315.422.7111
Fax: 315.471.2623
www.bklawyers.com

Bernard T. King
Charles E. Blitman*
Jules L. Smith
James R. LaVaute
Donald D. Oliver
Jennifer A. Clark
Melvin H. Pizer†
Monica R. Heath
Kenneth L. Wagner
Gary A. Hall**
Timothy R. Bauman

Stephanie A. Miner
Nathaniel G. Lambright
Kara A. Hiller
Daniel E. Kornfeld*
Daniel R. Brice
Edward J. Steve*

Kelly L. Cook, CEBS

James C. Shake, Jr.
EA, MAAA

Nathan H. Blitman
(1909 - 1990)

* Also admitted in MA
† Also admitted in FL
* Also admitted in MD and DC
** Also admitted in CA, VA and DC

October 27, 2004

Hon. David E. Peebles
U.S. Magistrate Judge
Federal Building, U.S. Courthouse
P.O. Box 7345
Syracuse, New York 13261-7345

Re:  Asbestos Workers Syracuse Pension Fund v.
     Delores A. Wells
     Civil Action No. 04-CV-0825 (GLS/DEP)

Dear Judge Peebles:

I am counsel for plaintiff, Asbestos Workers Syracuse Pension Fund. I would like to request an adjournment of the Rule 16 conference scheduled for November 4, 2004 in the above-referenced matter. On August 24, 2004, default of the defendant was entered for failure to appear or otherwise move as to the Complaint. I plan on filing a motion for default judgment in November.

Thank you for your attention to this matter

Respectfully submitted,

BLITMAN & KING LLP

Daniel R. Brice

DRB/wlr

cc:  Delores A. Wells

   Donna Maggiolino, Administrative Manager
   Asbestos Workers Syracuse Benefit Funds

wlr\drb\letters\Peebles

SO ORDERED

David E. Peebles
U.S. Magistrate Judge
Dated: 10/28/04
Syracuse, New York

Rule 16 conference is adjourned without date. Plaintiff is directed to file a default judgment motion on or before 11/30/04.