May 27, 2005

**VIA ELECTRONIC FILING**

Hon. David E. Peebles
U.S. Magistrate Judge
Federal Building, U.S. Courthouse
P.O. Box 7345
Syracuse, New York  13261-7345

Re:  Asbestos Workers Syracuse Pension Fund v.
     Delores A. Wells
     Civil Action No. 04-CV-0825  (GLS/DEP)

Dear Judge Peebles:

   The above-referenced case has been held in abeyance pending the outcome of a bankruptcy case initiated by Defendant.

   A review of the Court's pacer system shows that Defendant's bankruptcy case was closed December 21, 2004.  Because Plaintiff's claim was discharged in this bankruptcy case, we respectfully request this Court dismiss our action against Defendant accordingly.

   Thank you for your time and consideration on this matter.

                    Respectfully submitted,
                    **BLITMAN & KING LLP**

                    Daniel R. Brice

DRB:tag

cc: Christopher J. Chadick, Esq.
    Donna Maggiolino, Administrative Manager
    Asbestos Workers Syracuse Benefit Funds

---

ORDERED

_[signature]_
David E. Peebles
U.S. Magistrate Judge
Dated: **5/31/05**
Syracuse, New York

**Plaintiff's request for voluntary dismissal of this action pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) is GRANTED.**